LEWIS VASQUEZ *et al.*, Appellants, *v.* WILLIAM L. EWING, Respondent.

1. Vasquez v. Ewing, 42 Mo. 247, affirmed.

*Appeal from St. Louis Circuit Court.*

*S. Simmons*, for appellants.

*Glover & Shepley*, for respondent.

BLISS, Judge, delivered the opinion of the court.

This case has been twice in this court, and is reported in 24 Mo. 21, and in 42 Mo. 247. When the case was last here it was elaborately considered, and was tried in the Circuit Court upon principles then established. The plaintiff brings the record again before us and asks us to overrule that decision. This we can not do, and the judgment of the Circuit Court is affirmed. The other judges concur.